```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
CHRISTOPHER KRIEG,                  :

                  Plaintiff,        :    15 Civ. 3626 (GBD)(HBP)

     -against-                      :
                                         ORDER
DET. GERARD BAYRODT, et al.,        :

                  Defendants.       :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/15

PITMAN, United States Magistrate Judge:

A conference having been held in this matter on June 5, 2015, during which several discovery issues were discussed, for the reasons stated on the record in open court, it is hereby ORDERED that:

    1. Defendants are to produce all memo books containing entries regarding plaintiff's arrest or the search of his apartment, the Command Log and Roll Call for the 60th Precinct for June 15, 2012. If those items do not exist, defendant is to produce an affidavit or declaration from a document custodian confirming that those items do not exist by June 19, 2015. Defendants' counsel may redact any memo book entries concerning informants or co-defendants.

2. Defendants are to produce photographs and corresponding names of the officers who executed the warrant and arrested plaintiff (other than those who are already named defendants) by June 10, 2015 at 12:00 p.m. Plaintiff's counsel can display those photographs to plaintiff, but plaintiff's counsel is not to permit plaintiff to retain the photographs nor is plaintiff's counsel to make copies of the photographs. The photographs are to be returned promptly to defendants' counsel after they have been shown to plaintiff.

3. If the command log or roll call contain an ascertainable number of individuals who potentially oversaw prisoners and that number is fewer than ten, defendant is to produce those photographs and corresponding names by June 11, 2015.

Dated: New York, New York
June 9, 2015

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Betsy R. Ginsberg, Esq.
Associate Clinical Professor
    of Law
Benjamin N. Cardozo School
    of Law
11th Floor
55 Fifth Avenue
New York, New York  11215

Matthew Bridge, Esq.
Assistant Corporation Counsel
City of New York
100 Church Street
New York, New York  10007